UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60276-CIV-COHN/SELTZER

GARFIELD SPENCE,

    Plaintiff,

v.

SAPI FOOD SERVICES, INC., and LNT
COMMERCIAL INVESTMENTS, INC.,

    Defendants.

_____/

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 15] ("Motion"). The Court has reviewed the Motion, the Consent Decree [DE 15-1], and the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 15] is **GRANTED**.

2. The Consent Decree [DE 15-1] is **APPROVED** and **ENTERED**. The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.

3. This case is **DISMISSED with prejudice** with each party is to bear its own attorneys' fees and costs except as set forth in the Consent Decree.

4. The Court retains jurisdiction to enforce the terms of the Consent Decree.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of April, 2016.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF